UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CONSTANCE S. HAUCK-ADAMSON                                      PLAINTIFF

v.                                          CIVIL ACTION NO. 3:16CV-379-JHM

BLIMPY & WORLD PARTNERS *et al.*                                DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Plaintiff Constance S. Hauck-Adamson filed a *pro se* complaint (DN 1) along with an application to proceed without prepayment of fees (DN 3). Upon consideration, **IT IS ORDERED** that the application (DN 3) is **GRANTED**. Because Plaintiff is proceeding *in forma pauperis*, this Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2). *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). For the reasons that follow, the complaint will be dismissed.

## I.

Plaintiff completed a general complaint form to initiate this action. As Defendants, she names "Blimpi & World Partners" and "World Partners of Blimpi." As the basis of this Court's jurisdiction, Plaintiff writes, "Apartheid, Communism, Rackatteering, Chemicals Warfare Human Trafficers, Espionage or Sabatoge Reading My Mind, Theives, Theft by Deception Workforce of Communist Party, Child Abuse, Drugs, Genocide, Domestic Terrorist Blimp Corporations World Wide." She indicates that she lives in Louisville, Kentucky and that Blimpi is a citizen of "Ky, Netherlands." As to the amount in controversy, Plaintiff indicates, "I understand only My Millions Talking To Me in My Home, 6-12 Trillion dollars National Federation, South SC, NC, Tenn, Ky, Africa, Nelson Mandella, China, Russia, Mexico." As her statement of the claim, Plaintiff indicates, "Lawsuit & To Collect 20 – 30 Billion Dollars

belonging To My Father John W Hauck, JR, copyright Solar Energy Communist Cells in Seria & Home." Finally, in the relief section of the complaint, Plaintiff writes, "Since World War I & II chidren Have Been at Risk" and "Grandfather, Ky Sr. – His Father died when Grandpa was 9 yrs old in Both World Wars I & II with Dad & uncles Great Grandfather on Hayden Side I beleive Rumania, Germany Prussia Corn, OK."

## II.

Because Plaintiff is proceeding *in forma pauperis*, the Court must review this action under 28 U.S.C. § 1915(e). On review, a district court must dismiss a case at any time if it determines that the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

A claim is legally frivolous when it lacks an arguable basis either in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The Court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. *Id.* at 327; *Denton v. Hernandez*, 504 U.S. 25, 33 (1992) (indicating that an action has no arguable factual basis when the allegations are delusional or "rise to the level of the irrational or the wholly incredible"). Here, Plaintiff's scant statements contain no legal theory upon which a valid federal claim may rest and are baseless. Therefore, dismissal on the basis of frivolousness is appropriate. *See Abner v. SBC (Ameritech)*, 86 F. App'x 958, 958-59 (6th Cir. 2004).

In addition, Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief[.]" Fed. R. Civ. P. 8(a). The complaint also fails to meet this basic pleading standard. *See*

2

*Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 512 (2002) (indicating that the short and plain statement of claim must "'give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests'") (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957), *abrogated on other grounds by Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)).

  For these reasons, Court will dismiss the action by separate Order.

Date:   July 11, 2016

          **Joseph H. McKinley, Jr., Chief Judge**
           **United States District Court**

cc:   Plaintiff, *pro se*
4414.005

3